**PATRICIA ANNE JONES**　　　　\*　　　**NO. 2024-CA-0520**

**VERSUS**　　　　　　　　　　\*　　　**COURT OF APPEAL**

**ETI, INC., WHEELER TILE**　　\*　　　**FOURTH CIRCUIT**
**CONSTRUCTION, INC.,**
**PRECISION SHORING, LLC,**　　\*　　　**STATE OF LOUISIANA**
**ROSS CONSTRUCTION &**
**REMODELING, LLC**　　　　　　\*

　　　　　　　　　　　　　　　\*
　　　　　　　　\* \* \* \* \* \* \* \*

CONSOLIDATED WITH:　　　　　　　　　　CONSOLIDATED WITH:

PATRICIA A. JONES　　　　　　　　　　　NO. 2024-CA-0521

VERSUS

ETI, INCORPORATED, ABC INSURANCE
COMPANY, PRECISION SHORING, LLC,
ATAIN SPECIALTY INSURANCE
COMPANY, RLH INVESTMENTS, LLC
D/B/A LANDRIEU CONCRETE SERVICES,
DEF INSURANCE COMPANY, ROSS
CONSTRUCTION COMPANY AND XYZ
INSURANCE COMPANY

*DNA* **ATKINS, J., CONCURS IN THE RESULT.**